## LARRY D. SPECTOR, TRUSTEE *v.* SIMON KONOVER ET AL.

*Wesley W. Horton* and *Robert A. Randich*, in support of the petition.

*Amy M. Stone*, in opposition.

Decided September 27, 2000

## LONNIE WALTON *v.* COMMISSIONER OF CORRECTION

*Del Atwell*, special public defender, in support of the petition.

Decided September 27, 2000

## WALTER J. SCOTT *v.* JOSE SALINAS, COMMISSIONER OF MOTOR VEHICLES

*Jeffrey D. Brownstein*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided September 27, 2000